# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| William Eddins,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Mervyn Dukatt,<br><br>　　　　　　Defendant. | Case No. 2:23-cv-01909-ART-DJA<br><br>**Order** |

This matter is before the Court on its review of the docket. Summons were returned executed on January 2, 2024. (ECF No. 6). However, since attorney Zachary T. Ball has appeared for Defendant on January 5, 2024, there has been no further activity in this case. (ECF No. 7). The Court will therefore require the parties to file a joint status report on or before August 22, 2024.

**IT IS THEREFORE ORDERED** that the parties must file a joint status report on or before **August 22, 2024.**

DATED: July 23, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE